UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEON JEFFERSON JOHNSON,

        Plaintiff,        No. 12-cv-10976

vs.        Hon. Gerald E. Rosen

GENESEE COUNTY et al.,

        Defendants.
_____/

ORDER DISMISSING CASE, WITHOUT PREJUDICE,
FOR FAILURE TO PROSECUTE

On October 4, 2013, the Court issued an Order to Show Cause directing Plaintiff to SHOW CAUSE in writing by October 11, 2013 why this case should not be dismissed for failure to prosecute. No timely response to the Show Cause Order having been received by the Court as of this date,

NOW, THEREFORE, pursuant to Eastern District of Michigan Local Rule 41.2,

IT IS HEREBY ORDERED that this case be DISMISSED, without prejudice.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: October 18, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 18, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135